# United States Court of Appeals for the Fifth Circuit

---

No. 23-10641
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
February 5, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ASEM FAROOQ,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CR-28-1

---

Before WILLETT, DUNCAN, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Asem Farooq has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Farooq has filed a response and moves for the appointment of new appellate counsel. The record is not sufficiently developed to allow us to make a fair

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

evaluation of Farooq's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Farooq's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Farooq's motion for the appointment of new appellate counsel is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).